# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                        **NO. 4:04-CV-00646 GH**

**LARRY W. GIFFORD;**
**JEWELL D. THREADGILL, a/k/a**
**JEWELL D. GIFFORD; and**
**REGIONS BANK, N.S., formerly**
**Clinton State Bank**                                                **DEFENDANTS**

**REGIONS BANK**                                                 **THIRD-PARTY PLAINTIFF**

**v.**

**FARM BUREAU MUTUAL INSURANCE**
**COMPANY OF ARKANSAS, INC.**                **THIRD-PARTY DEFENDANT**

## ORDER

The motion (#38) to dismiss filed by Regions on July 5th in the event that Ms. Threadgill's June 8th submission was construed to state a cause of action has been rendered moot by the Court's August 5th order that her pleading would be considered solely to the extent that it opposed the pending Motions for Summary Judgment.

IT IS SO ORDERED this 23rd day of August, 2005.

                                                              _/s/ George Howard, Jr._
                                                              UNITED STATES DISTRICT JUDGE