IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS.     No. 4:04CV00646 GH | |
| LARRY W. GIFFORD and MAUTHE GIFFORD, HIS SPOUSE; JEWEL D. THREADGILL, aka JEWEL D. GIFFORD and LEE THREADGILL, her former spouse; and REGIONS BANK, N.A., formerly Clinton State Bank | DEFENDANTS |
| REGIONS BANK | THIRD PARTY PLAINTIFF |
| v. | |
| FARM BUREAU MUTUAL INSURANCE COMPANY OF ARKANSAS, INC. | THIRD PARTY DEFENDANT |

**ORDER APPROVING MARSHAL'S DEED**

On this day Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to **Walter E. Moody**, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Ray E. Carnahan acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: March 8, 2006

_____
UNITED STATES DISTRICT JUDGE